**Sonia SPAIN, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 05–3014.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2005.

ORDER

Order Vacated, See 2005 WL 948761.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Michael J. VAILLANCOURT, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 04–3265.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2005.

Before RADER, SCHALL, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.